NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELECTION SYSTEMS & SOFTWARE, LLC,**
*Plaintiff-Appellant*

**v.**

**SMARTMATIC USA CORPORATION,**
*Defendant-Appellee*

---

2023-1949

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01259-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

ROBERT M. EVANS, JR., Lewis Rice LLC, St. Louis, MO, argued for plaintiff-appellant. Also represented by MICHAEL HENRY DURBIN, MICHAEL J. HARTLEY, KATHLEEN MARKOWSKI PETRILLO.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for defendant-appellee. Also represented by LARISSA S. BIFANO, Boston, MA; ANGELA WHITESELL, Wilmington, DE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and STOLL, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2024
Date

Jarrett B. Perlow
Clerk of Court